## **Sealed Exhibits 1-4**

Concurrent with the Complaint, Plaintiff seeks leave to file Exhibit 1-4 under seal.